**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Lance Patrick Alexander
Terri Ann Alexander
    Debtors

fka Terri Ann Dean, fka Terri Ann Lytle

Bankruptcy Case No.: 17-21820-JAD
Related to Doc. 138, 139
Chapter: 13
Docket No.: 140

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 14th day of June, 2021, I served a copy of the within *Order* at DOC 139, *Amended Plan* and *Cover Sheet* at DOC 138 and this *Certificate of Service* filed in this proceeding by Prepaid United States First Class Mail and Electronic Notification to the below people at the below addresses.

**SERVICE BY UNITED STATES FIRST CLASS MAIL:**

AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197

Mr. and Mrs. Terri Alexander
114 Bouquet Street
Ligonier, PA 15658

AmeriCredit Financial Services
P.O. Box 183853
Arlington, TX 76096

Atlantic Credit & Finance
3353 Orange Avenue
Roanoke, VA 24012

CACH, LLC its successors and assigns
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Excela Health Medical Group
P.O. Box 645189
Pittsburgh, PA 15264

Frontline Asset Strategies
2700 Snelling Avenue, North, suite 250
Saint Paul, MN 55113

GM Financial
P.O. Box 181145
Arlington, TX 76096

LVNV Funding, LLC its successors and assigns
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Latrobe Area Hospital
134 Industrial Park Road, Suite 2400
Greensburg, PA 115601

Mark Graytok
2 Pineview Place Suite #1
235 Humphrey Road
Greensburg, PA 15601

OneMain
P.O. Box 3251
Evansville IN 47731

PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA 23541

Pennsylvania Department of Revenue
Department 280946
P.O. Box 280946
Attn.: Bankruptcy Division
Harrisburg, PA 17128

Somerset Trust Company
151 West Main Street
Somerset, PA 15501

Southern CA
2420 Professional Drive
2420 Rocky Mount, NC 27804

Southwest Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007

Square One Financial/CACH LLC
P.O. Box 5980
Denver, CO 80127

Verizon Wireless
Attn.: Bankruptcy Administrator
500 Technology Drive, Suite 500
Weldon, Springs, MO 63304

West Penn Power
5001 NASA Boulevard
Fairmont, WV 26554

Visa Department Store National Bank/Macy's
Attn.: Bankruptcy
P.O. Box 8053
Mason, OH 45040

**SERVICE BY ELECTRONIC NOTIFICATION:**

Jerome B. Blank on behalf of Creditor Pennymac Loan Services, LLC
pawb@fedphe.com

Celine P. DerKrikorian on behalf of Creditor Plaza Home Mortgage Inc.
ecfmail@mwc-law.com

Mario J. Hanyon on behalf of Creditor Pennymac Loan Services, LLC
pawb@fedphe.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Pennymac Loan Services, LLC
pawb@fedphe.com

Ann E. Swartz on behalf of Creditor Plaza Home Mortgage
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| EXECUTED ON: June 14, 2021 | By: /s/David A. Colecchia, Esquire<br>David A. Colecchia<br>David A. Colecchia and Associates<br>Law Care, 324 S. Maple Avenue<br>Greensburg, PA 15601<br>724-837-2320<br>724-837-0602-fax<br>PA ID: 71830<br>dcolecchia@my-lawyers.us |