UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Lance Patrick Alexander,<br>Terri Ann Alexander,<br>　　　　　Debtor,<br>Lance Patrick Alexander,<br>Terri Ann Alexander,<br>　　　　　Movant,<br><br>V.<br><br>PENNYMAC LOAN SERVICES, LLC,<br>　　　　　Respondent., | Case No. 17-21820-JAD<br><br>Related Document: Claim 4 Notice<br>of Mortgage Payment Change filed<br>June 7, 2021 at *doc*<br><br>Document No. 141 |

## DECLARATION OF PLAN SUFFICIENCY

After review of the PENNYMAC LOAN SERVICES, LLC, notice of mortgage payment change filed June 6, 2021 at *doc* the Debtors' current Chapter 13 Plan dated August 21-2020 filed at Document 130 is sufficient because this Notice reduces the Debtors' escrow payment by approximately five dollars per month.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/David A. Colecchia, Esquire

　　　　　　　　　　　　　　　　　　　　David A. Colecchia
　　　　　　　　　　　　　　　　　　　　PA.I.D.No. 71830
　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　LAW CARE
　　　　　　　　　　　　　　　　　　　　324 South Maple Ave.
　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　(724)-837-2320
　　　　　　　　　　　　　　　　　　　　(724)-837-0602
　　　　　　　　　　　　　　　　　　　　colecchia542@comcast.net